Argued and submitted May 31, reversed and remanded June 27, 2012

## MERVIN BARTEAUX,
*Petitioner-Appellant,*

*v.*

## Don MILLS,
Superintendent,
Two Rivers Correctional Institution,
*Defendant-Respondent.*

Umatilla County Circuit Court
CV081141; A145272

281 P3d 661

Michael D. Curtis argued the cause and filed the briefs for appellant.

David B. Thompson, Senior Assistant Attorney General, argued the cause for respondent. With him on the brief were John R. Kroger, Attorney General, and Anna M. Joyce, Solicitor General.

Before Armstrong, Presiding Judge, and Haselton, Chief Judge, and Duncan, Judge.

PER CURIAM

Reversed and remanded. *Missouri v. Frye*, ____ US ____ , 132 S Ct 1399, 182 L Ed 2d 379 (2012); *Lafler v. Cooper*, ____ US ____ , 132 S Ct 1376, 182 L Ed 2d 398 (2012).